IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRENDA GAIL NALLS-FALCONE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-435-A |
| | § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| | § | |
| Defendant. | § | |

ORDER

Plaintiff, Brenda Gail Nalls-Falcone, filed the instant civil action on June 11, 2014, naming as defendant Carolyn W. Colvin, Acting Commissioner of Social Security. In conjunction with her complaint, plaintiff also filed a motion to proceed in forma pauperis. The United States Magistrate Judge on June 16, 2014, issued his findings and conclusions that plaintiff had sufficient financial resources available to pay the required filing fee, and recommended that plaintiff's application to proceed in forma pauperis be denied. The magistrate judge also recommended that plaintiff be required to pay the full filing and administrative fees of $400.00 within seven days of the date the court ruled on any objections plaintiff may have to the magistrate judge's report and recommendations.

The magistrate judge ordered plaintiff by July 7, 2014, to file any objections she had to his findings and conclusions or to his recommendation. As of the date this order is signed, plaintiff has filed nothing in response to the magistrate judge's order.

Therefore,

The court accepts the recommendations of the magistrate judge and ORDERS that plaintiff's motion to proceed in forma pauperis be, and is hereby, denied.

The court further ORDERS that plaintiff by 4:00 p.m. on July 16, 2014, pay to the Clerk of the court the full filing and administrative fees of $400.00.

The court further ORDERS that failure of plaintiff to comply with the terms of this order may result in the dismissal of this action without further notice as a sanction or pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED July 8, 2014.

_____
JOHN McBRYDE
United States District Judge

2